IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN GREGORY,

    Plaintiff,                    No. CIV S-05-1393 FCD PAN P

  vs.

B. C. ADAMS, et al.,

    Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's in forma pauperis application is incomplete in that the copy of his prison trust account appended thereto is not certified, and is only for a period of three months immediately preceding the filing of the complaint, and not the six month period required by the in forma pauperis statute.  See 28 U.S.C. § 1915(a)(2).  In addition, the certificate portion of the application has not been completed by prison officials.  Good cause appearing, plaintiff will be given an opportunity to file a complete in forma pauperis application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 12, 2005 motion to proceed in forma pauperis is denied without prejudice;

1

1    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis by a Prisoner; and

3.  Plaintiff shall submit, within thirty days from the date of this order, a complete in forma pauperis application on the form provided with this order, including a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
greg1393.3c+