IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NORMAN GREGORY,**<br><br>Plaintiff,<br><br>v.<br><br>**B.C. ADAMS, et al.,**<br><br>Defendants. | 2:05-CV-1393 FCD EFB P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

Plaintiff is a state prisoner proceeding pro se and **in forma pauperis** with a civil rights action pursuant to 42 U.S.C. §1983. On December 22, 2006, defendants Adams, Hannaford, and Vasquez filed a request for an extension of time to respond to plaintiff's interrogatories and requests for admission, and defendant Adams filed a request for an extension of time to respond to plaintiff's request for production of documents.

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' December 22, 2006, requests are granted.

2. Defendants have until January 22, 2007, to serve their responses to plaintiff's various discovery requests.

Dated: January 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE