IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN GREGORY,

        Plaintiff,                    No. CIV S-05-1393 FCD EFB P

    vs.

B.C. ADAMS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff requests an extension of time to file and serve an opposition to defendant Foster's January 3, 2007, request to join defendants' October 10, 2006, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's January 16, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendant Foster's January 3, 2007, request to join defendants' October 10, 2006, motion to dismiss.

        So ordered.

Dated: February 22, 2007.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE