IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN GREGORY,

      Plaintiff,                       No. CIV S-05-1393 FCD EFB P

      vs.

B.C. ADAMS, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the October 18, 2006, schedule, plaintiff's pretrial statement is due July 6, 2007, defendants' pretrial statement is due July 20, 2007, pretrial conference is set for July 27, 2007, and trial is set for October 16, 2007.

      Because defendants' motion to dismiss is pending, the above dates are vacated. *See* Fed. R. Civ. P. 16(b).

      So ordered.

Dated: March 14, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE