IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN GREGORY,

        Plaintiff,                  No. CIV S-05-1393 FCD EFB P

    vs.

B.C. ADAMS, et al.,

        Defendants.         <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendant's April 6, 2007, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's April 30, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendant's April 6, 2007, motion for summary judgment.

        So ordered.

Dated: May 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE