IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN GREGORY,

      Plaintiff,                    No. CIV S-05-1393 FCD EFB P

     vs.

B.C. ADAMS, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 29, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 29, 2007, are adopted in full;

2. Defendants' October 10, 2006, motion to dismiss for failure to exhaust administrative remedies is denied as to all defendants save and except defendant Adams;

3. Defendants' October 10, 2006, motion to dismiss for failure to state a claim is granted as to defendants Palmer, Runnels, Gentry, Orozco, Ostrander, White, Vasquez, Hannaford, Vickrey, Foster, and Swetich;

4. Defendants Palmer, Runnels, Gentry, Orozco, Ostrander, White, Vasquez, Hannaford, Vickrey, Foster, and Swetich are dismissed from the action; and

5. Defendant Adams is granted twenty days in which to file an answer.

DATED: September 25, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE