IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN GREGORY,

    Plaintiff,                                 No. CIV S-05-1393 FCD EFB P

    vs.

B.C. ADAMS, et al.,

    Defendants.                        <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed September 25, 2007, defendant Adams was directed to file an answer within twenty days.  The time for defendant to answer has passed.

    Accordingly, IT IS ORDERED that counsel for defendant Adams show cause, within ten (10) days, why sanctions should not be imposed for the failure to file an answer in accordance with the court's September 25, 2007 order.

DATED: November 13, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE