IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

    Plaintiff,                        No. CIV S-05-1393 FCD EFB P

    vs.

B.C. ADAMS, et al.,                 ORDER RE SETTLEMENT & DISPOSITION

    Defendants.

_____/

    Pursuant to the representations of defense counsel that the parties have reached a settlement, the court has determined that the above-captioned case has settled.

    The court now orders that dispositional documents are to be filed not later than ninety (90) days from the date of this order.[1]

    All dates set forth in the Pretrial Order are stayed pending the filing of dispositional documents.

////
////
////
////

---

[1] Defendant represents that he will file the signed stipulation for voluntary dismissal with the court once he pays the settlement amount. The parties are hereby informed that their stipulation of dismissal may contain a provision allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.

1

1       Failure to comply with this order may be grounds for the imposition of sanctions on any
2 and all counsel or parties who contributed to the violation of this order.
3       So ordered.
4 DATED: July 13, 2009.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE